

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00286-CV

Jimmy **MASPERO** and Regina Maspero, Individually, and as Next Friends
of Wyitt Maspero, Wynnsday Maspero, Wesley Maspero, Deceased,
and Walter Maspero, Deceased, Minor Children,
Appellants

v.

**CITY OF SAN ANTONIO,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI14946
Honorable David Peeples, Judge Presiding

# O R D E R

Appellant's reply brief is due on December 20, 2018. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed an unopposed first motion for an extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is due on January 2, 2019. *See id.* R. 38.6(d).

It is so **ORDERED** on December 13, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

